UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

      Plaintiff,

vs                                   Case No: 14-12758
                                        Honorable Victoria A. Roberts

UNKNOWN KILARU, ET AL,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION (DOC. #51) AND DISMISSING REMAINDER OF PLAINTIFF'S CLAIMS

On August 7, 2015, Plaintiff filed a Motion for Clarification of Court Order Doc. #50 (Doc. #51).

Previously, the Court Granted Defendants' Gee and Barry's Motion for Summary Judgment (Doc. # 41 ). It construed Plaintiff's Motions (Doc. #47) and (Doc. #41) as motions for reconsideration. The Court denied them in an Order entered July 21, 2015 (Doc. #50).

The Court speaks through its orders and has no intention of clarifying Doc. #50.

Plaintiff's Motion for Clarification is **DENIED**.

Also, the Court ordered Plaintiff to show cause (Doc. #44) why the remaining Defendants should not be dismissed for failure to prosecute. Plaintiff responded on July 2, 2015 (Doc. #49).

Plaintiff fails to show cause for his failure to move his case along.

The Court **DISMISSES** Plaintiff's claims against Kilaru, Powell, Wagner, Handley and Shook.

This order closes this case.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  August 24, 2015

The undersigned certifies that a copy of this
document was served on the attorneys of
record and Morris Weatherspoon by
electronic means or U.S. Mail on August 24,
2015.

S/Carol A. Pinegar
Deputy Clerk