UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

vs

Case No: 14-12758
Hon. Victoria A. Roberts

KILARU et al,

    Defendants.
_____/

## ORDER

Plaintiff filed a Motion for Appointment of Counsel for Appeal [54]. The Constitution of the United States does not require the automatic appointment of counsel in civil cases. "The appointment of counsel in a civil proceeding is not a constitution right and is justified only in exceptional circumstances." *Lanier v. Bryant,* 332F.3d999, 1006 (6th Cir.2003) (citing *Lavado v Keohane,* 992 F.2d 601, 605-06 (6th Cir. 1993)). The decision to appoint counsel to civil litigants is a matter left to the discretion of the court. *Lavado,* 992 F.2d at 604-05.

This Court finds that this case does not meet the exceptional circumstances threshold and declines to appoint counsel. The motion is DENIED.

    ORDERED.

                                                   S/Victoria A. Roberts
                                                   Victoria A. Roberts
                                                   United States District Judge

Dated: October 6, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record and Morris Weatherspoon by electronic means or U.S. Mail on October 6, 2015.

s/Carol A. Pinegar
Deputy Clerk